1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
9       SOUTHERN DISTRICT OF CALIFORNIA
10

11   LISANDRO TRINIDAD, an individual,        Case No.:  22-CV-229 TWR (BLM)

12                              Plaintiff,

13   v.                                       **ORDER (1) DISCHARGING ORDER
                                              TO SHOW CAUSE AS TO
14   UNITED STATES OF AMERICA, a              DEFENDANT UNITED STATES
     sovereign nation; UNITED STATES          CUSTOMS AND BORDER PATROL;
15   CUSTOMS AND BORDER PATROL, a             AND (2) DISMISSING WITHOUT
     federal government agency; the UNITED    PREJUDICE DEFENDANTS
16   STATES DEPARTMENT OF                      UNITED STATES OF AMERICA,
     HOMELAND SECURITY, a federal             UNITED STATES DEPARTMENT
17                                            OF HOMELAND SECURITY, AND
     government agency; U.S.                   U.S. IMMIGRATION AND
18   IMMIGRATION AND CUSTOMS                  CUSTOMS ENFORCEMENT**
19   ENFORCEMENT, a federal government
     agency,
20                                            (ECF Nos. 3–4)
                               Defendants.
21

22

23          On June 1, 2022, the Court ordered Plaintiff Lisandro Trinidad to show cause "why

24   the Complaint should not be dismissed for failure timely to effect service pursuant to

25   [Federal] Rule [of Civil Procedure] 4(m) and Civil Local Rule 4.1(b)."  (*See* ECF No. 3

26   ("OSC") at 2.)    On June 8, 2022, Plaintiff filed proof of timely service on Defendant

27   United States Customs and Border Patrol ("CBP").  (*See generally* ECF No. 4.)  The Court

28   therefore **DISCHARGES** its June 1, 2022 Order to Show Cause as to CBP.

1    Plaintiff, however, has neither filed proof of service nor requested additional time to

2  serve Defendants the United States of America, the United States Department of Homeland

3  Security, or U.S. Immigration and Customs Enforcement (together, the "Unserved

4  Defendants"). (*See generally* Docket.) The Order to Show Cause explicitly warned

5  Plaintiff that, "*[i]f Plaintiff fails adequately to respond to this Order within the time*

6  *provided, the Court will enter a final order of dismissal without prejudice for failure timely*

7  *to effect service pursuant to Rule 4(m) and Civil Local Rule 4.1 and for failure to comply*

8  *with the Federal Rules of Civil Procedure, Civil Local Rules, and this Order pursuant to*

9  *Civil Local Rules 41.1(b) and 83.1(a)*." (*See* OSC at 2–3.) The Court therefore

10  **DISMISSES WITHOUT PREJUDICE** the Unserved Defendants.

11    **IT IS SO ORDERED.**

12  Dated: June 21, 2022

13  

14    Honorable Todd W. Robinson
      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22-CV-229 TWR (BLM)